FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 10 2022

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA a/a/o PINNACLE EXPRESS, LLC <br><br> Plaintiff, <br><br> vs. <br><br> UTILITY TRAILER MANUFACTURING COMPANY <br><br> **Serve:** <br> Corporation Service Company <br> 300 Spring Building, Suite 900 <br> 300 S. Spring Street <br> Little Rock, Arkansas 72201 <br><br> Defendant. | Cause No.: 4:22-cv-419-JM <br><br> Division: Central <br><br><br> JURY TRIAL DEMANDED <br><br> This case assigned to District Judge Moody <br> and to Magistrate Judge Ray |

## COMPLAINT AND JURY TRIAL DEMAND

COMES NOW Plaintiff Travelers Property Casualty Company of America a/a/o Pinnacle Express, LLC (hereinafter, "Plaintiff") by and through its attorneys, Evans & Dixon, L.L.C., and for its Complaint against Defendant Utility Trailer Manufacturing Company, states the following:

1.  At all times relevant hereto, Plaintiff Travelers Property Casualty Company of America (hereinafter "Plaintiff") was and is a foreign corporation licensed to write first-party insurance policies in the State of Arkansas.

2.  Plaintiff's insured, Pinnacle Express, LLC is, and at all materials times hereto was, an Arkansas limited liability company engaged in the business of freight shipping and has its principal address located at 101 Mountain Valley Drive in Maumelle, Arkansas 72113.

3. At all relevant times herein, Plaintiff's insured owned a 2021 Utility New Reefer Trailer, identified by VIN 3UTVS2539M8423306 ("Subject Trailer"), that was purchased from Utility Tri-State, Inc. on or about December 16, 2020.

4. Defendant Utility Trailer Manufacturing Company (hereinafter "Utility Trailer") is a foreign corporation incorporated in the State of California, in good standing in the State of Arkansas, and is the business of manufacturing, assembling, distributing and selling, among other things, semi-trailers and refrigerated vans. Defendant Utility Trailer designed, manufactured, assembled, distributed and sold the Subject Trailer to Pinnacle Express, LLC that is the subject of this current lawsuit.

5. On or about May 27, 2021, the Subject Trailer malfunctioned and caught fire ("Subject Fire"), causing significant damages to the cargo contained therein.

6. At all relevant times herein, Plaintiff insured Plaintiff's insured pursuant to a commercial property policy of insurance that provided, among other things, commercial inland marine coverage for the cargo on the Subject Trailer that was damaged in the fire.

7. As a result of said fire, Plaintiff's insured sustained property damages in the approximate amount of $216,782.31 and Plaintiff paid its insured for said amounts pursuant to a claim made by its insured under its insurance policy.

## JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332 as the amount in controversy, exclusive of interest and costs, exceeds $75,000 and there is diversity of citizenship among the parties.

9. All material allegations herein occurred in Pulaski County, Arkansas and the damages to the Subject Trailer occurred in Pulaski County, Arkansas.

10.     Pursuant to 28 U.S.C. §1391, venue is proper within this District because a substantial part of the events or omissions giving rise to the claim occurred in this District.

## COUNT I – STRICT LIABILITY

11.     Plaintiff incorporates herein by reference the allegations contained in paragraphs 1 through 10 as if fully set forth herein.

12.     The Subject Trailer was designed, manufactured, assembled, sold and otherwise distributed by Defendant Utility Trailer in the regular course of Defendant's business and was expected to and did reach Plaintiff's insured without substantial change in the condition in which it was designed, manufactured, assembled, sold and otherwise distributed to Plaintiff's insured.

13.     The Subject Trailer was then in a defective condition, which rendered it unreasonably dangerous when put to a reasonably anticipated use, in that the Subject Trailer was designed, manufactured, assembled, sold and otherwise distributed by Defendant in a defective condition.

14.     The Subject Trailer was used in a manner reasonably anticipated.

15.     Plaintiff sustained damages as a direct and proximate result of such defective and unreasonably dangerous condition of the Subject Trailer as it existed when it was designed, manufactured, assembled, sold, distributed and left Defendant's control, causing damage in an amount in approximation of $216,782.31.

WHEREFORE, Plaintiff Travelers Property Casualty Company of America a/a/o Pinnacle Express, LLC prays for damages against Defendant Utility Trailer in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) together with costs, interest, attorneys' fees and for such other and further relief as the Court may deem just and proper under the circumstances.

## **COUNT II – STRICT LIABILITY – FAILURE TO WARN**

16. Plaintiff incorporates herein by reference paragraphs 1 through 15 of this Complaint as if fully set forth herein.

17. The Subject Trailer was expected to and did reach Plaintiff's insured without substantial change in the condition in which it was manufactured and was manufactured, designed, assembled, distributed and sold by Defendant in the regular course of Defendant's business.

18. The Subject Trailer was then in a defective condition, which rendered it unreasonably dangerous when put to a reasonably anticipated use in that the Subject Trailer was designed, manufactured, assembled, sold and otherwise distributed by Defendant in a defective condition.

19. Defendant did not give an adequate warning of these dangers and defective conditions.

20. The Subject Trailer was used in a manner reasonably anticipated.

21. Plaintiff sustained damages as a direct and proximate result of such defective and unreasonably dangerous condition of the Subject Trailer as it existed when it was designed, manufactured, assembled, sold, distributed and left Defendant's control, causing damage in an amount in approximation of $216,782.31.

WHEREFORE, Plaintiff Travelers Property Casualty Company of America a/a/o Pinnacle Express, LLC prays for damages against Defendant Utility Trailer in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) together with costs, interest, attorneys' fees and for such other and further relief as the Court may deem just and proper under the circumstances.

## COUNT III – NEGLIGENCE

22. Plaintiff incorporates herein by reference paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. The Subject Trailer was manufactured, assembled, designed, sold, and otherwise distributed by Defendant in the regular course of Defendant's business.

24. Defendant owed Plaintiff's insured a duty to use ordinary care in the manufacturing, assembly, design, sale and distribution of the Subject Trailer.

25. Defendant was negligent and failed to use ordinary care in the manufacture, assembly, design, sale and distribution of the Subject Trailer and by negligently failing to warn Plaintiff's insured of said defective condition and design and by manufacturing and designing the Subject Trailer so that it was susceptible to a failure and eventual fire.

26. As a direct and proximate result of the above-mentioned negligence, Plaintiff was damaged in an amount in approximation of $216,782.31.

WHEREFORE, Plaintiff Travelers Property Casualty Company of America a/a/o Pinnacle Express, LLC prays for damages against Defendant Utility Trailer in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) together with costs, interest, attorneys' fees and for such other and further relief as the Court may deem just and proper under the circumstances.

## COUNT IV- BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

27. Plaintiff incorporates herein by reference paragraphs 1 through 26 of this Complaint as if fully set forth herein.

28. Defendant designed, manufactured, assembled, sold, distributed and introduced the Subject Trailer into the stream of commerce in the process of its usual and customary business.

29. When Defendant designed, manufactured, assembled, sold, distributed, and introduced the Subject Trailer into the stream of commerce, it was not fit for its ordinary purpose because it was designed, manufactured, assembled, sold, distributed and introduced into the stream of commerce by Defendant as defective and unreasonably dangerous and Plaintiff's insured used the Subject Trailer for its ordinary purpose and gave Defendant notice that it was not fit for ordinary purpose.

30. As a result of the Subject Trailer not being fit for its ordinary purpose, Plaintiff was damaged in in an amount in approximation of $216,782.31.

WHEREFORE, Plaintiff Travelers Property Casualty Company of America a/a/o Pinnacle Express, LLC prays for damages against Defendant Utility Trailer in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) together with costs, interest, attorneys' fees and for such other and further relief as the Court may deem just and proper under the circumstances.

### COUNT V – BREACH OF EXPRESS WARRANTY

31. Plaintiff incorporates herein by reference the allegations contained in paragraphs 1 through 30 of this Complaint as if fully set forth herein.

32. Defendant is the warrantor of the Subject Trailer.

33. Defendant did not meet the conditions of the expressed warranty in that the Subject Trailer did not conform to the representations by Defendant that it was fit for use as a trailer because the Subject Trailer was designed, manufactured, sold, distributed and introduced into the stream of commerce by Defendant as defective and was susceptible to fire.

34. Plaintiff notified Defendant of the defective condition of the Subject Trailer and because of Defendant's breach of the expressed warranties, Plaintiff was damaged in the amount in an amount in approximation of $216,782.31.

WHEREFORE, Travelers Property Casualty Company of America a/a/o Pinnacle Express, LLC prays for damages against Defendant Utility Trailer in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) together with costs, interest, attorneys' fees and for such other and further relief as the Court may deem just and proper under the circumstances.

Respectfully submitted,

Matt R. Leffler, 62110MO
Matthew M. McArthur *(admittance pending)*
EVANS & DIXON, L.L.C.
211 N. Broadway, Suite 2500
St. Louis, Missouri 63102
(314) 552-4063
(314) 884-4463 (fax)
ATTORNEYS FOR PLAINTIFF
mleffler@evans-dixon.com
mmcarthur@evans-dixon.com

#5318025