## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TRAVELERS PROPERTY CASUALTY**
**COMPANY OF AMERICA a/s/o**
**PINNACLE EXPRESS, LLC**                                                              **PLAINTIFF**

**v.**                                        **No: 4:22CV0419-JM**


**UTILITY TRAILER**
**MANUFACTURING COMPANY**                                                **DEFENDANT**


### <u>ORDER</u>

Pursuant to stipulation for dismissal filed August 23, 2023, docket # 20, this case is hereby dismissed with prejudice.  The Clerk is directed to close the case.

IT IS SO ORDERED this 10th day of January, 2024.


_____
UNITED STATES DISTRICT JUDGE